(97 South. 923)

G. M. ROSENGRANT v. Fred STIMPSON. (1 Div. 291.) (Supreme Court of Alabama.

Nov. 13, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed by appellant.